## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | **MOTION FOR DISTRIBUTION OF SETTLEMENT PROCEEDS PURSUANT TO MINN. GEN. R. PRACT. 144.05** |
| vs. | |
| **Itasca County, et al.,** | |
| **Defendants.** | |

PLEASE TAKE NOTICE that the above-named Plaintiff hereby moves this Court to approve her Petition for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05.

THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

Dated: April 2, 2024         By: s/ Zorislav R. Leyderman
                            ZORISLAV R. LEYDERMAN
                            Attorney License No. 0391286
                            Attorney for Plaintiff
                            The Law Office of Zorislav R. Leyderman
                            222 South 9th Street, Suite 1600
                            Minneapolis, MN 55402
                            Tel: (612) 876-6626
                            Email: zrl@ZRLlaw.com