## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | |
| vs. | **STATEMENT OF REDACTION** |
| **Itasca County, et al.,** | |
| **Defendants.** | |

I, Zorislav R. Leyderman, assert that Doc. Nos. 52, 53, 56, 58, 59, and 61 contain confidential information and redaction is impracticable.

THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

Dated: April 12, 2024

By: s/ Zorislav R. Leyderman
ZORISLAV R. LEYDERMAN
Attorney License No. 0391286
Attorney for Plaintiff
The Law Office of Zorislav R. Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Tel: (612) 876-6626
Email: zrl@ZRLlaw.com