UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Debra Faye Pierce, Trustee for the Heirs and Next of Kin of Danica G. Winslow,<br><br>    Plaintiff,<br>v.<br><br>Itasca County; Advanced Correctional Healthcare, Inc.; Corrections Captain Lucas Thompson, Corrections Lieutenant Shawn Racine, Corrections Sergeant David Freschette, Corrections Officer David Hill, Corrections Officer Sammy Imbleau, Corrections Officer Chad Latvala, Corrections Officer Chris Kebart, Corrections Officer John Linder, Corrections Officer Erin Nelson, Corrections Officer Marnie Olson, Corrections Officer Amy Slettom, Corrections Officer C. Ploetz, Corrections Officer D. Roberts, Corrections Officer D. Ross, Corrections Officer E.R., and Corrections Officer S.R., Itasca Couty employees, all in their individual and official capacities and as agents/employees of Itasca County; Travis Schamber, MD, Dianna Mae Kachinske, CNP, Jeniffer Pellersels, RN, all in their individual and official capacities and as agents/employees of Advanced Correctional Healthcare, Inc.,<br><br>    Defendants. | Case No. 22-CV-441 (JMB/LIB)<br><br>**ORDER** |

---

  This matter came before the Court on the Stipulation of Plaintiff Debra Faye Pierce

and Defendants Itasca County, Advanced Correctional Healthcare, Inc., Lucas Thompson,

Shawn Racine, David Freschette, David Hill, Sammy Imbleau, Chad Latvala, Chris Kebart,

John Linder, Erin Nelson, Marnie Olson, Amy Slettom, C. Ploetz, D. Roberts, D. Ross, E.R.,

and S.R., Travis Schamber, MD, Dianna Mae Kachinske, CNP, Jeniffer Pellersels, RN, (together, Defendants) regarding summary judgment briefing. (Doc. No. 84.) In the Stipulation, Pierce and Defendants agree that Pierce may file a single brief in response to Defendants' separate motions for summary judgment, which brief shall not exceed 24,000 words.

Based upon the Pierce's and Defendants' agreement and for good cause shown, IT IS HEREBY ORDERED that:

1. Pierce may file a single brief in response to Defendants' motions for summary judgment that may include up to 24,000 words.

2. Pierce shall provide the Court with a single courtesy copy of her response brief.

Dated: May 17, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court