UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Debra Faye Pierce, *Trustee for the Heirs and Next of Kin of Danica G. Winslow*,<br><br>            Plaintiff,<br><br>v.<br><br>Itasca County; Advanced Correctional Healthcare, Inc.; *Corrections Captain* Lucas Thompson, *Corrections Lieutenant* Shawn Racine, *Corrections Sergeant* David Freschette, *Corrections Officer* David Hill, *Corrections Officer* Sammy Imbleau, *Corrections Officer* Chad Latvala, *Corrections Officer* Chris Kebart, *Corrections Officer* John Linder, *Corrections Officer* Erin Nelson, *Corrections Officer* Marnie Olson, *Corrections Officer* Amy Slettom, *Corrections Officer* C. Ploetz, *Corrections Officer* D. Roberts, *Corrections Officer* D. Ross, *Corrections Officer* ER, and *Corrections Officer* SR, *Itasca County employees, all in their individual and official capacities and as agents/employees of Itasca County*; Travis Schamber, *MD*, Dianna Mae Kachinske, *CNP*, Jeniffer Pellersels, *RN*, *all in their individual and official capacities and as agents/employees of Advanced Correctional Healthcare, Inc.*;<br><br>            Defendants. | Case No. 22-CV-00441 (JMB/LIB)<br><br>**ORDER OF DISMISSAL** |

      This matter is before the Court on the Joint Stipulation of Dismissal from Plaintiff Debra Faye Pierce and Defendants Itasca County, Advanced Correctional Healthcare, Inc., Lucas Thompson, Shawn Racine, David Freschette, David Hill, Sammy Imbleau, Chad Latvala, Chris Kebart, John Linder, Erin Nelson, Marnie Olson, Amy Slettom, C. Ploetz,

1

D. Roberts, D. Ross, ER, SR, Travis Schamber, Dianna Mae Kachinske, and Jeniffer Pellersels.  (Doc. No. 100.)  Plaintiff wishes to dismiss all claims in the Amended Complaint (Doc. No. 39) against Schamber under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the claims against Schamber in the Complaint (Doc. No. 39) are DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated:  December 2, 2024  /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court