27-CV-20-10877

| | |
|---|---|
| **STATE OF MINNESOTA** | **DISTRICT COURT** |
| **COUNTY OF HENNEPIN** | **FOURTH JUDICIAL DISTRICT** |

In the Matter of the Appointment of a
Trustee for the Heirs and Next of Kin of
Danica G. Winslow, Decedent.

**ORDER FOR APPOINTMENT
OF TRUSTEE**

**Court File No:** 27-CV-20-10877

Based upon the foregoing Petition of Debra Faye Pierce for appointment as Trustee, and

pursuant to Minn. Stat. § 573.01 – 573.02 and Minn. Gen. R. Pract. 144, **IT IS HEREBY**

**ORDERED** that, upon the filing of an Oath, pursuant to Minn. Stat. § 358.06, and of a Bond in

the amount of $0.00 approved by the Court, Debra Faye Pierce is appointed Trustee for the heirs

and next of kin of Danica G. Winslow, Decedent, to pursue any and all available causes of action

on behalf of Decedent and/or arising out of Decedent's death to the extent permitted by state

and/or federal law.

Dated:  August 28, 2020

BY THE COURT:

Sande, Christian
2020.08.28 09:15:49
-05'00'

District Court Judge

# EXHIBIT 1

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| In the Matter of the Appointment of a Trustee for the Heirs and Next of Kin of Danica G. Winslow, Decedent. | **APPLICATION AND PETITION OF DEBRA FAYE PIERCE FOR APPOINTMENT AS TRUSTEE FOR THE HEIRS AND NEXT OF KIN OF DECEDENT DANICA G. WINSLOW**<br><br>**Court File No:** |

Petitioner, Debra Faye Pierce, being first duly sworn, deposes and states as follows:

1. My name is Debra Faye Pierce.
2. I am the biological mother and one of the heirs of Danica G. Winslow, Decedent.
3. I am seeking to be appointed as Trustee for the heirs and next of kin of Danica G. Winslow, Decedent, pursuant to Minn. Stat. § 573.02.
4. I work full-time as a sales clerk at a store.
5. Decedent was born on March 3, 1983 in Minneapolis, MN, and died on March 27, 2019 in Duluth, MN.
6. I am requesting appointment as trustee for the purposes of pursuing legal action on behalf of Decedent and that arising out of Decedent's death to the extent permitted by state and federal law.
7. Decedent's address at the time of death was 2234 Johnson Street NE, Minneapolis, MN 55418.
8. Decedent was not married at the time of death and, to my best knowledge, had never been married.
9. The names, ages, relationships, and current address of Decedent's surviving heirs are as follows:
   a. Debra Faye Pierce (Mother), 57 years old (DOB: ▮▮▮▮), ▮▮▮▮▮▮▮▮▮▮▮▮ ▮, Minneapolis, MN 55418.
   b. Dan Winslow (Father), age and DOB unknown, address unknown. Has not been in contact in greater than 20 years.
   c. Lukus Karlstad (Brother), 39 years old (DOB: ▮▮▮▮▮▮), ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, Fridley, MN 55421.
   d. Fancy Nancy P. Winslow (Sister), 33 years old (DOB ▮▮▮▮), ▮▮▮▮▮▮ ▮▮, Grand Rapids, MN 55744.

1

EXHIBIT 2

e. Sandra A. Otteson Goldberg (Sister), 29 years old (DOB: █████████), █████ ████████████, Minneapolis, MN 55418.

f. Raymond B. Edel (Brother), 28 years old (DOB █████████), ████████████ ████████, Eagan, MN 55121.

10. To my best knowledge, no previous application has been made to any court for appointment of trustee for the next of kin of Decedent.

11. I am a suitable and competent person to be appointed trustee to maintain this action according to law.

12. For the foregoing reasons, I respectfully request that this Court appoint me as Trustee for the next of kin of Danica G. Winslow, Decedent.

FURTHER YOUR AFFIANT SAYETH NOT.

*Debra Faye Pierce*
Debra Faye Pierce, Petitioner/Affiant

Subscribed and sworn to before me this

23RD day of JULY , 2020.

*Michelle F Gross*
Notary Public

MICHELLE F. GROSS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022



**The Law Office of Zorislav R. Leyderman**
**80 South 8th Street, Suite 900**
**Minneapolis, MN 55402**
**612-876-6626**
**zrl@ZRLlaw.com**

Invoice #: 1489

Debra Pierce

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | **$0.00** |
| 1/11/2022 | Expert Witness Fee - Dr. Zun | | 1 @ $900.00 | $0.00 | $900.00 |
| 2/16/2022 | Filing Fee | | 1 @ $402.00 | $0.00 | $402.00 |
| 2/17/2022 | Service of Process Fee | | 1 @ $124.00 | $0.00 | $124.00 |
| 4/26/2022 | Metro Legal Service Fees | | 1 @ $380.00 | $0.00 | $380.00 |
| 5/9/2022 | Expert Witness Fee - Dr. Keller | | 1 @ $7,750.00 | $0.00 | $7,750.00 |
| 6/14/2022 | Metro Legal Fees - Service and Skip Trace | | 1 @ $1,005.00 | $0.00 | $1,005.00 |
| 6/27/2022 | Expert Witness Fee - Jill Ferry | | 1 @ $300.00 | $0.00 | $300.00 |
| 7/28/2022 | Expert Witness Fee - J. Christensen | | 1 @ $1,375.00 | $0.00 | $1,375.00 |
| 7/28/2022 | Expert Witness Fee - Jill Ferry | | 1 @ $1,700.00 | $0.00 | $1,700.00 |
| 10/27/2022 | Expert Witness Fee - Suzanne Ward | | 1 @ $1,975.00 | $0.00 | $1,975.00 |
| 12/6/2022 | Expert Witness Fee - Dr. McGuire | | 1 @ $5,627.00 | $0.00 | $5,627.00 |
| 12/6/2022 | Expert Witness Fee - Jill Ferry | | 1 @ $800.00 | $0.00 | $800.00 |
| 2/22/2023 | Deposition Costs - A. Sherlock | | 1 @ $995.00 | $0.00 | $995.00 |
| 1/2/2024 | Deposition Costs - Hill, Ross, Linder, Thompson, Olson, Racine | | 1 @ $3,629.45 | $0.00 | $3,629.45 |
| 1/2/2024 | Deposition Costs - Kachinske, Imbleau | | 1 @ $1,647.60 | $0.00 | $1,647.60 |
| 1/8/2024 | Deposition Costs - Kebart, Ploetz, Frechette, Schamber | | 1 @ $2,590.85 | $0.00 | $2,590.85 |
| 1/9/2024 | Deposition Costs - J. Pellersels | | 1 @ $1,937.95 | $0.00 | $1,937.95 |
| 1/9/2024 | Deposition Costs - Slettom, Latvala, Roberts, Nelson | | 1 @ $2,343.60 | $0.00 | $2,343.60 |
| 4/4/2024 | Hennepin County Court Records | | 1 @ $28.00 | $0.00 | $28.00 |
| 6/7/2024 | Payment for Costs and Fees | | | | ($35,480.00) |
| 9/23/2024 | Mediation Fee | | 1 @ $2,500.00 | $0.00 | $2,500.00 |
| 11/18/2024 | Mediation Fee | | 1 @ $1,800.00 | $0.00 | $1,800.00 |
| 2/13/2025 | Travel to/from Duluth for Court | | 310 @ $0.65 | $0.00 | $201.50 |
| 3/28/2025 | Payment for Costs and Fees | | | | ($4,330.44) |
| | **Amount Due** | **0.00** | | **$0.00** | **$201.51** |

# EXHIBIT 3

## CONTINGENT FEE AGREEMENT

The client, **Debra Pierce** (hereinafter, "CLIENT"), retains **The Law Office of Zorislav R. Leyderman** (hereinafter, "LAW FIRM") and any attorneys that it may associate with to provide legal services in pursuit of a claim arising out of the death of her daughter, Danica Winslow. LAW FIRM agrees to provide such services faithfully and with due diligence.

Compensation is to be paid only upon the contingency that the CLIENT receives an amount in recovery or settlement from any or all the defendants. The contingency fee shall be 40% of any recovery or settlement. The percentage is to apply to the full amount of any recovery or settlement before deducting disbursements. If any recovery or settlement is obtained, the CLIENT shall also be liable to LAW FIRM for all reasonable expenses and disbursements incurred during litigation. CLIENT shall also be liable to the defendants for any costs judgments that may be entered in favor of the defendants if this litigation is unsuccessful and the defendants prevail.

LAW FIRM has represented to the CLIENT, and the CLIENT understands, that due to the great uncertainties of civil rights litigation, the prospects of recovering the contingency fee would not be sufficient to induce LAW FIRM to handle this matter without the possibility of recovering a reasonable fee for the time it expends under the applicable attorneys' fees statutes. LAW FIRM agrees that if this matter proceeds through trial and a judgment is obtained in favor of the CLIENT, it will petition the court for a separate award of attorney's fees. In the event that fees are awarded by the court, or agreed as part of a settlement, to be paid by any defendant, all of such fees shall be paid directly to LAW FIRM and shall belong to it. All sums so received shall be credited against the above described contingency fee and LAW FIRM shall receive from the CLIENT only such additional sums as are necessary to provide a fee equal to the relevant contingency fee, if any. The amount of court awarded or agreed upon fees to be paid by the defendants shall not be included as part of the recovery or settlement for purposes of calculating the contingency fee. In the event the fees paid by the defendants exceed the contingency fee, the entire amount so awarded shall belong to LAW FIRM.

LAW FIRM and CLIENT further agree that if any recovery or settlement is obtained, the recovery/settlement check will be disbursed as follows: LAW FIRM will receive the check from the defendant(s) and will first deposit the check into LAW FIRM'S trust account. Once the settlement check clears, LAW FIRM will issue one check from its trust account to any third party whose services were utilized during the course of litigation under this agreement and who has not yet been paid for the services provided. LAW FIRM will then issue a second check to itself to cover the contingency fee and any costs, expenses, or disbursements owed by CLIENT to LAW FIRM. LAW FIRM will then issue a third check to CLIENT in the amount of the remaining balance of the recovery/settlement.

WE HAVE READ THE ABOVE AGREEMENT BEFORE SIGNING IT AND HAVE RECEIVED A COPY OF THIS AGREEMENT.

_____    Date: April 8TH 2019
Debra Pierce, CLIENT

_____    Date: 04/03/2019
The Law Office of Zorislav R. Leyderman
Zorislav R. Leyderman

# EXHIBIT 4

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | **DECLARATION OF**<br>**RAYMOND B. EDEL** |
| **vs.** | |
| **Itasca County, et al.,** | |
| **Defendants.** | |

I, Raymond Edel, declare under penalty of perjury that the following is true and correct:

1. My name is Raymond B. Edel.

2. I am the brother of Danica Winslow and one of Danica Winslow's heirs and next of kin. I am also the son of Plaintiff Debra Faye Pierce.

3. I understand that two separate settlements have been reached in this case – one with the ACH Defendants and one with the County Defendants. I have also been provided the amount of each settlement by Debra Pierce and her attorney, Zorislav R. Leyderman.

4. I understand that Debra Pierce's settlement distribution proposals request no payment to me from either of the settlements. I spoke with Debra Pierce about this issue and I agree not to receive any proceeds from these settlements.

EXHIBIT 5

Doc ID: c358af5baecdfe419ae713c17b882d4cbcbe73db

5. I understand and acknowledge that, if Debra Pierce's petitions are granted, I will receive no proceeds from these settlements, and I am not requesting to receive any proceeds from these settlements.

6. In all other respects, I do not take any position as to how the settlement funds should be disbursed.

7. I do not have any objections and I am not requesting a hearing.

I declare, under penalty of perjury, that everything stated in this document is true and correct.

Date: 03 / 01 / 2025 _____

_____
Raymond B. Edel

2

Doc ID: c358af5baecdfe419ae713c17b882d4cbcbe73db

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | **DECLARATION OF** |
| | **DAN WINSLOW** |
| **vs.** | |
| **Itasca County, et al.,** | |
| **Defendants.** | |

I, Dan Winslow, declare under penalty of perjury that the following is true and correct:

1. My name is Dan Winslow.

2. I am the biological father of Danica Winslow and one of Danica Winslow's heirs and next of kin.

3. I have carefully reviewed the Amended Petition of Debra Faye Pierce for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05.

4. I understand that Debra Pierce is proposing to distribute the settlement proceeds as follows:

   a. $9,678.72 to Debra Faye Pierce, Danica's biological mother.

   b. $6,083.63 to Dan Winslow, Danica's biological father.

   c. $9,678.72 to Lukus Karlstad, Danica's brother.

   d. $9,678.72 to FancyNancy P. Stephens (formerly FancyNancy P. Winslow), Danica's sister.

1

EXHIBIT 6

e. **$9,678.72** to Sandra A. Otteson Goldberg, Danica's sister.

f. **$0.00** to Raymond B. Edel, Danica's brother.

g. **$30,201.49** to The Law Office of Zorislav R. Leyderman for attorney's fees and past costs/litigation expenses.

2. I fully agree with Debra Pierce's proposal for distribution of the settlement proceeds, I do not have any objections, and I am not requesting a hearing. Accordingly, I respectfully request that the Court grant Debra Pierce's Amended Petition and distribute the settlement proceeds as requested in her Amended Petition.

I declare, under penalty of perjury, that everything stated in this document is true and correct.

Date: June 26 2025

Dan Winslow

2

Debra Faye Pierce,

       Plaintiff,

vs.

Itasca County, et al.,

       Defendants.

Court File No. 22-cv-00441 (JMB/LIB)

**DECLARATION OF FANCYNANCY STEPHENS (FORMERLY FANCYNANCY WINSLOW)**

I, FancyNancy Stephens, declare under penalty of perjury that the following is true and correct:

1. My name is FancyNancy Stephens. My former (maiden) name is FancyNancy Winslow.

2. I am the sister of Danica Winslow and one of Danica Winslow's heirs and next of kin. I am also the daughter of Plaintiff Debra Faye Pierce and Daniel Winslow.

3. I have carefully reviewed the Amended Petition of Debra Faye Pierce for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05.

4. I understand that Debra Pierce is proposing to distribute the settlement proceeds as follows:

   a. **$9,678.72** to Debra Faye Pierce, Danica's biological mother.

   b. **$6,083.63** to Dan Winslow, Danica's biological father.

   c. **$9,678.72** to Lukus Karlstad, Danica's brother.

1

EXHIBIT 7

Doc ID: 0f034d40e64268c16db8878aeb4829fb9b1ca803

d. **$9,678.72** to FancyNancy P. Stephens (formerly FancyNancy P. Winslow), Danica's sister.

e. **$9,678.72** to Sandra A. Otteson Goldberg, Danica's sister.

f. **$0.00** to Raymond B. Edel, Danica's brother.

g. **$30,201.49** to The Law Office of Zorislav R. Leyderman for attorney's fees and past costs/litigation expenses.

5. I fully agree with Debra Pierce's proposal for distribution of the settlement proceeds, I do not have any objections, and I am not requesting a hearing. Accordingly, I respectfully request that the Court grant Debra Pierce's Amended Petition and distribute the settlement proceeds as requested in her Amended Petition.

I declare, under penalty of perjury, that everything stated in this document is true and correct.

Date: 06 / 20 / 2025

FancyNancy Stephens (f/k/a Fancy Nancy Winslow)

2

Doc ID: 0f034d40e64268c16db8878aeb4829fb9b1ca803

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | **DECLARATION OF SANDRA A. OTTESON GOLDBERG** |
| **vs.** | |
| **Itasca County, et al.,** | |
| **Defendants.** | |

I, Sandra A. Otteson Goldberg, declare under penalty of perjury that the following is true and correct:

1. My name is Sandra A. Otteson Goldberg.

2. I am the sister of Danica Winslow and one of Danica Winslow's heirs and next of kin. I am also the daughter of Plaintiff Debra Faye Pierce.

3. I have carefully reviewed the Petition of Debra Faye Pierce for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05.

4. I understand that Debra Pierce is proposing to distribute the settlement proceeds as follows:

   a. **$9,678.72** to Debra Faye Pierce, Danica's biological mother.

   b. **$6,083.63** to Dan Winslow, Danica's biological father.

   c. **$9,678.72** to Lukus Karlstad, Danica's brother.

   d. **$9,678.72** to FancyNancy P. Stephens (formerly FancyNancy P. Winslow), Danica's sister.

1

**EXHIBIT 8**

Doc ID: 2323f13d091fc00921297eccbf69b5416aabe79f

e. **$9,678.72** to Sandra A. Otteson Goldberg, Danica's sister.

f. **$0.00** to Raymond B. Edel, Danica's brother.

g. **$30,201.49** to The Law Office of Zorislav R. Leyderman for attorney's fees and past costs/litigation expenses.

5. I fully agree with Debra Pierce's proposal for distribution of the settlement proceeds, I do not have any objections, and I am not requesting a hearing. Accordingly, I respectfully request that the Court grant Debra Pierce's Amended Petition and distribute the settlement proceeds as requested in her Amended Petition.

I declare, under penalty of perjury, that everything stated in this document is true and correct.

Date: 06 / 19 / 2025 _____

_____
Sandra A. Otteson Goldberg

2

Doc ID: 2323f13d091fc00921297eccbf69b5416aabe79f

| | |
|---|---|
| **Debra Faye Pierce,** | **Court File No. 22-cv-00441 (JMB/LIB)** |
| **Plaintiff,** | **DECLARATION OF**<br>**LUKUS KARLSTAD** |
| **vs.** | |
| **Itasca County, et al.,** | |
| **Defendants.** | |

I, Lukus Karlstad, declare under penalty of perjury that the following is true and correct:

1. My name is Lukus Karlstad.

2. I am the brother of Danica Winslow and one of Danica Winslow's heirs and next of kin. I am also the son of Plaintiff Debra Faye Pierce.

3. I have carefully reviewed the Amended Petition of Debra Faye Pierce for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05.

4. I understand that Debra Pierce is proposing to distribute the settlement proceeds as follows:

    a. **$9,678.72** to Debra Faye Pierce, Danica's biological mother.

    b. **$6,083.63** to Dan Winslow, Danica's biological father.

    c. **$9,678.72** to Lukus Karlstad, Danica's brother.

    d. **$9,678.72** to FancyNancy P. Stephens (formerly FancyNancy P. Winslow), Danica's sister.

1

**EXHIBIT 9**

Doc ID: 133f67b49cc9a33b7f66ba9fc7046de7197596d0

e. **$9,678.72** to Sandra A. Otteson Goldberg, Danica's sister.

f. **$0.00** to Raymond B. Edel, Danica's brother.

g. **$30,201.49** to The Law Office of Zorislav R. Leyderman for attorney's fees and past costs/litigation expenses.

5. I fully agree with Debra Pierce's proposal for distribution of the settlement proceeds, I do not have any objections, and I am not requesting a hearing. Accordingly, I respectfully request that the Court grant Debra Pierce's Amended Petition and distribute the settlement proceeds as requested in her Amended Petition.

I declare, under penalty of perjury, that everything stated in this document is true and correct.

Date: 06 / 19 / 2025

Lukus Karlstad

2

Doc ID: 133f67b49cc9a33b7f66ba9fc7046de7197596d0