| | |
|---|---|
| Debra Faye Pierce, | Court File No. 22-cv-00441 (JMB/LIB) |
| **Plaintiff,** | **ORDER FOR DISTRIBUTION OF SETTLEMENT PROCEEDS** |
| vs. | |
| Itasca County, et al., | |
| **Defendants.** | |

This matter came before the Court on Plaintiff's Petition for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05 (Doc. No. _____). Debra Faye Pierce is the mother and Trustee for the Heirs and Next of Kin of Danica Winslow, Decedent. Ms. Pierce is also the Plaintiff in this action.

On February 16, 2022, Ms. Pierce commenced this wrongful death action against numerous defendants. She has now reached a settlement with the Itasca County Defendants in the amount of $75,000.00, and seeks an order for distribution of settlement proceeds pursuant to Minn. Gen. R. Pract. 144.05. All of the heirs and next of kin agree with Plaintiff's proposed distribution of settlement proceeds and have submitted signed declarations requesting that Plaintiff's Petition for Distribution of Settlement Proceeds be granted. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Petition for Distribution of Settlement Proceeds Pursuant to Minn. Gen. R. Pract. 144.05 (Doc. No. _____) is **GRANTED**; and

2. Plaintiff's $75,00.00 settlement with the Itasca County Defendants shall be disbursed as directed below:

   a. **$9,678.72** shall be paid to Debra Faye Pierce, Danica Winslow's biological mother.

   b. **$6,083.63** shall be paid to Daniel Winslow, Danica Winslow's biological father.

   c. **$9,678.72** shall be paid to Lukus Karlstad, Danica Winslow's brother.

   d. **$9,678.72** shall be paid to FancyNancy P. Stephens, Danica Winslow's sister.

   e. **$9,678.72** shall be paid to Sandra A. Otteson Goldberg, Danica Winslow's sister.

   f. **$0.00** shall be paid to Raymond B. Edel, Danica Winslow's brother.

   g. **$30,201.49** shall be paid to The Law Office of Zorislav R. Leyderman for attorney's fees and past costs/litigation expenses.

Dated: _____

    Jeffrey M. Bryan
    United States District Court